IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANTHONY REESE,

        Plaintiff,

v.                                                          CIVIL ACTION NO.  2:23-cv-00805

TODD HANNAH, et al.,

        Defendants.

## ORDER

A review of the court's file indicates that the defendants, Todd Hannah, Zachary Winters, and The City of Dunbar, have failed to answer or otherwise defend this action in a timely manner. Accordingly, the court **DIRECTS** the Clerk to enter a default, pursuant to *Fed. R. Civ. P.* 55(a), against the defendants, Todd Hannah, Zachary Winters, and The City of Dunbar.

The court further **ORDERS** counsel for the plaintiff to file the appropriate motion and affidavits, or to arrange for the necessary evidentiary hearing, to facilitate the entry of default judgment, pursuant to *Fed. R. Civ. P.* 55(b), within twenty days of the entry of this Order. If the plaintiff fails to comply with the terms and conditions of this Order, the court will dismiss this action without prejudice for failure to prosecute.

The court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and to the defendants.

ENTER:  January 26, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE