IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ANTHONY REESE,**

        **Plaintiff,**

        Civil Action No. 2:23-cv-00805
        Honorable Joseph R. Goodwin

**TODD HANNAH, in his individual capacity;
ZACHARY WINTERS, in his individual capacity;
THE CITY OF DUNBAR, a political subdivision;
and JOHN/JANE DOE, unknown employees or
agents of the City of Dunbar,**

        **Defendants.**

## DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT AND FOR LEAVE TO FILE ANSWER OUT OF TIME

    Now come Defendants, Todd Hannah, Zachary Winters, and the City of Dunbar, by counsel, Wendy E. Greve, Drannon L. Adkins and the law offices of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, pursuant to Rule 55 of the Federal Rules of Civil Procedure and hereby request that this Honorable Court set aside the Entry Of Default By Clerk and for leave to file their answer out of time. In support of said Motion, the Defendants rely upon their *Memorandum of Law in Support of Their Motion to Set Aside Entry of Default Judgment and For Leave to File Answer Out of Time,* filed contemporaneously.

    **WHEREFORE**, Defendants respectfully request this Court grant its Motion to Set Aside the Entry of Default Judgment, grant it leave to file their answer out of time, and for such other and further relief this Court deems just and proper.

1

**TODD HANNAH, ZACHARY WINTERS, and THE CITY OF DUNBAR,**
By Counsel,


/s/ Drannon L. Adkins
Wendy E. Greve, WV State Bar No. 6599
Drannon L. Adkins, WV State Bar No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC,***
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:    (304) 342-1545

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**ANTHONY REESE,**

       **Plaintiff,**

                                                      Civil Action No. 2:23-cv-00805
                                                      Honorable Joseph R. Goodwin

**TODD HANNAH, in his individual capacity;**
**ZACHARY WINTERS, in his individual capacity;**
**THE CITY OF DUNBAR, a political subdivision;**
**and JOHN/JANE DOE, unknown employees or**
**agents of the City of Dunbar,**

       **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2024, I filed the foregoing ***"DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT AND FOR LEAVE TO FILE ANSWER OUT OF TIME"*** by utilizing the CM/ECF system which will send electronic notification of said filing to counsel as listed below:

| | |
|---|---|
| L. Dante DiTrapano, Esq.<br>Charles Bellomy, Esq.<br>Calwell Luce DiTrapano, PLLC<br>500 Randolph Street<br>Charleston, WV 25302<br>*Counsel for Plaintiff* | W. Jesse Forbes, Esq.<br>Forbes Law Offices, PLLC<br>1118 Kanawha Blvd. East<br>Charleston, WV 25301<br>*Counsel for Plaintiff* |

                                                                     */s/ Drannon L. Adkins*
                                                                 Wendy E. Greve, WV State Bar No. 6599
                                                                 Drannon L. Adkins, WV State Bar No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC,***
JamesMark Building
901 Quarrier Street
Charleston, WV  25301
Telephone:   (304) 344-0100
Facsimile:   (304) 342-1545