Exhibit 1 – Body Cam Footage was mailed out via USPS on a thumb drive to the Court and to counsel of record.