

ZWinters249 2022/12/3 10:27:27









ZWintms249   2022/12/3   19:57:40





ZWinters249   2022/12/3   19:57:50









ZWinters049   2022/12/3  19:57:59





ZWinters249  2022/12/3  19:58:03





ZWinters249  2022/12/3  19:58:13

