# LAW OFFICE
# STEPHEN P. SWISHER, P.L.L.C.
steve.swisherlaw@gmail.com

1230 Ohio Avenue
Dunbar, WV 25064

Telephone: (304) 768-3800
Facsimile: (304) 768-3366

September 12, 2023

L. Dante diTrapano, Esq.
Calwell Luce DiTrapano
500 Randolph Street
Charleston WV 25302

Re:   **FOIA Request / Anthony Reese**

Dear Mr. diTrapano

I enclose the materials provided to me by the Dunbar Police Department concerning Anthony Reese and the arrest dated December 3, 2022, and in compliance with the FOIA request. Should you need any further information, please let me know.

Very truly yours,

Stephen P. Swisher

SPS/bd
Enclosure

# Dunbar Police Deparment

## FIELD CASE REPORT

CASE# **2022-00010914**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE | |
|---|---|---|---|
| 12/03/2022 18:55 | **Assault** | | **N - NO** |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | | |
| 12/03/2022 18:55 | 12/04/2022 00:32 | **1227 LEONE HWY DUNBAR, WV** | |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMP/COMM |
|---|---|---|---|
| 01 | **61-2-10B(D)** Assault of officer (w/o display of weapon) | 1 | Commit |
| 02 | **61-5-7** Obstructing officer (w/o threat, injury to officer) | 1 | Commit |
| 03 | **60-6-9(1)** Public intoxication | 1 | Commit |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Business** | **Victim** | **SOCIETY,** |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
| | | |
| RACE | | SEX / HEIGHT or RANGE / WEIGHT or RANGE / HAIR / EYE |
| DL NUMBER/STATE | | PRIMARY PHONE / PHONE #2 / PHONE #3 |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Suspect** | **REESE, ANTHONY DANE** |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
| 11/13/1978 | 44 | **411 WEST VIRGINIA AVE DUNBAR, WV 25064** |
| RACE | | SEX: **Male** / HEIGHT: **5'10"** / WEIGHT: **178** / HAIR: **Brown** / EYE: **Blue** |
| **White** | | |
| DL NUMBER/STATE | | PRIMARY PHONE / PHONE #2 / PHONE #3 |
| **I619378 / WV** | | **(304)539-5681** |

## SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| | |
| DOB / AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
| RACE | SEX / HEIGHT / WEIGHT / HAIR / EYE |
| DL NUMBER/STATE | PRIMARY PHONE / PHONE #2 / PHONE #3 |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Hannah | 12/03/2022 | Barker, Owen | 12/14/2022 |

OF

# Dunbar Police Deparment

**FIELD CASE REPORT**

CASE# **2022-00010914**

## NARRATIVE

On Saturday, December 3, 2022 I was attempting to respond to a BOLO that metro had given when a male that I knew to be Anthony Reese from previous encounters approached me asking for Captain Arthur and Ptlm. Winters of the Dunbar Police Department. I informed him that they were both not on duty.

While speaking with Anthony he threatened to "beat my ass." I then approached him to question him about threatening me, when I got closer, I could see him slightly swaying back and forth. He then approached me even closer at which point he was approximately 6 inches from me and I could smell the odor of an alcoholic beverage emanating from him when he threatened me his speech was also slurred.

Once Anthony approached me, he took his right hand out of his jacket pocket which was balled up into a fist, I then grabbed his wrist and told him to put his hands behind his back at which point he tensed up his arm and body. While having a hold of his wrist with my left hand I grabbed his jacket with my right hand and placed my right leg behind his legs and performed a hip toss to place him onto the ground to effect an arrest. Once on the ground Anthony landed on his stomach and quickly put both of his hands under his body at his waistline, I used my radio to inform metro that I was fighting. I was immediately in fear that he was attempting to retrieve a weapon so I tossed my radio onto the ground and struck him five (5) times in the right side of his ribcage as distractionary strikes in hopes that he would release his hands.

At which point Lt. Mason, Lt. Barker, Cpl. Kendall, Ptlm. Winters, Ptlm. King and Ptlm. Bruce exited the department to assist me with retrieving Anthony's hands and place him in handcuffs. Once in handcuffs a knife was recovered from Anthony's right pocket. He was then taken into the office for processing, while taking him inside Ptlm. King requested EMS come look at Anthony since his he had sustained minor injuries while affecting the arrest. EMS later transported him to Thomas Hospital at his request, he received a battery of tests and scans for injuries which all were negative. Anthony was given bandages for minor facial lacerations and cleared for incarceration.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Hannah | 12/03/2022 | Barker, Owen | 12/14/2022 |

OF

## Dunbar Police Deparment

CASE# **2022-00010914**

### FIELD CASE REPORT

### NARRATIVE (continuation)

I later transported him to Magistrate court where he received a bond, he couldn't post so was taken to SCRJ until further notice. There is nothing further to report at this time.

Exhibits
1-Arrest report
2-Initial report
3-BWC video

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Hannah | 12/03/2022 | Barker, Owen | 12/14/2022 |

OF

# Dunbar Police Department

**ARREST INFORMATION SHEET**

CASE# **2022-00010914**

## DETAILS

| ARREST DATE/TIME | ARREST TYPE | LOCATION OF ARREST |
|---|---|---|
| 12/03/2022   18:53 | On-View | Hannah |

ARRESTING OFFICER(S)
1227 LEONE HWY
DUNBAR, WV

## ARRESTEE

| JACKET TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) |
|---|---|
| Adult/ | REESE, ANTHONY DANE |

| DOB | AGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 11/13/1978 | 44 | 411 WEST VIRGINIA AVE DUNBAR, WV 25064 |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | 5'10" | 178 | Brown | Blue |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| I619378 / WV | Mobile (304)539-5681 | | |

## CHARGES

| Statute / Charge | Counts | Attempt/Commit |
|---|---|---|
| 61-2-10B(D) Assault of officer (w/o display of weapon) | 1 | Commit |
| 61-5-7 Obstructing officer (w/o threat, injury to officer) | 1 | Commit |
| 60-6-9(1) Public intoxication | 1 | Commit |

## NARRATIVE

See initial report.

ADDITIONAL CHARGES and NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES
For Law Enforcement Use Only. Not For Public Dissemination.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Hannah | 12/03/2022 | OF Barker, Owen | 12/14/2022 |

DBPD Arrest 2022-00010914-02_29_26 Page 1 OF 1

RECEIVED SEP 15 2023

L. Dante diTrapano, Esq.
Calwell Luce DiTrapano
500 Randolph Street
Charleston WV 25302

Disc Inside

LAW OFFICE
STEPHEN P. SWISHER, P.L.L.C.
1230 OHIO AVENUE
DUNBAR, WEST VIRGINIA 25064